IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 24 C 3864 |
| NORWEST CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) | JUDGE EDMOND E. CHANG |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, NORWEST CONSTRUCTION, INC.,, an Illinois corporation, in the total amount of $35,358.33, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,803.00.

On May 17, 2024, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 7, 2024. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\FVLJ\Norwest Construction\motion for entry of default and judgment.cwf.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of September 2024:

    Mr. Timothy Kudlacik, Registered Agent/President
    Norwest Construction, Inc.
    82 Prairie Hill Road
    South Beloit, IL   61080-2531

      /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\FVLJ\Norwest Construction\motion for entry of default and judgment.cwf.df.wpd